AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| LUXOTTICA GROUP S.p.A. | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:16-cv-03793 |
| Le Fu Chen, Hai Fan Huang, Huan He, Buytong, Inc., Stephen Chen, Suhua Chia, Kingman USA, Inc. and Does 1-10 | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

        See attached Rider.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Thompson Coburn LLP
        Diana A. Sanders
        2029 Century Park East, 19th Floor
        Los Angeles, CA 90067
        (310) 282-2500

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Douglas C. Palmer
*CLERK OF COURT*

Date: 7/7/2016

s/Priscilla Bowens
*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:16-cv-03793

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## Rider to Summons In A Civil Action

LUXOTTICA GROUP S.p.A.

-vs-

LE FU CHEN, a/k/a "TOMMY CHEN, a/k/a "DANNY CHEN", an individual; HAI FAN HUANG, a/k/a "CINDY HUANG," an individual; HUAN HE, a/k/a "JERRY," a/k/a "JERRY KIM," an individual; BUYTONG, INC., a New Jersey corporation; STEPHEN CHEN, an individual; SUHUA CHIA, and individual; KINGMAN USA, INC., a New York Corporation; and DOES 1-10, inclusive

Civil Action No. 1:16-cv-03793


Le Fu Chen a/k/a Tommy Chen a/k/a Danny Chen
15 Elm Street
Roslyn Heights, New York 11577


Hai Fan Huang a/k/a Cindy Huang
15 Elm Street
Roslyn Heights, New York 11577


Huan He a/k/a Jerry a/k/a Jerry a/k/a Jerry Kim

Primary:
    625 Jersey Avenue, Unit 8
    New Brunswick, New Jersey 08901

Secondary:
    8 Delaware Dr.
    East Brunswick, New Jersey 08816-3255

Buytong, Inc.
625 Jersey Avenue, Unit 8
New Brunswick, New Jersey 08901


Stephen Chen
43 Bay 23rd Street, Apt. 1
Brooklyn, New York 11214


Suhua Chia
43 Bay 23rd Street, Apt. 1
Brooklyn, New York 11214


Kingman USA, Inc.
195 Bay 19th Street, 3rd Floor
Brooklyn, New York 11214